# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| V. | ) | CIVIL NO. SA-19-CV-1033 |
| | ) | |
| $553,112.68 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., and respectfully states as follows:

## I.
## NATURE OF THIS ACTION

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

**$553,112.68 in United States Currency Seized from Citibank Bank Account XXXXX7341 in the Name of Construction Limited**,

hereinafter the "Respondent Property."

## II.
## JURISDICTION AND VENUE

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture.    This

Court has *in rem* jurisdiction over the Respondent Property under Title 28 U.S.C. §§1355(b) and 1395.   Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Property is found in this district.

## III.
## STATURY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Property for violation of Title 18 U.S.C. § 1343 and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), which states (with emphasis added):

**§ 981.   Civil forfeiture**
**(a)(1)** The following property is subject to forfeiture to the United States:
*** 
**(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "*specified unlawful activity*" (as defined in section 1956(c)(7) of this title . . . .

↓

**§ 1956.   Laundering of monetary instruments**
***
**(c)** As used in this section—
***
**(7)** the term "*specified unlawful activity*" means—
**(A)** any act or activity constituting an offense listed in section *1961(1)* of this title . . . .

↓

**§ 1961.   Definitions**
As used in this chapter—
**(1)** "racketeering activity" means . . . (B) any act which is indictable under any of the following provisions of *title 18, United States Code*: . . . section *1343 (relating to wire fraud)* . . . .

## IV.
## FACTS IN SUPPORT OF VIOLATION

On June 18, 2019, Special Agent (SA) Jason Bollen, United States Secret Service

(hereinafter "USSS"), was contacted by representative of Frost Bank advising him that their customer, the City of Coppell, TX, was victimized by a Business Email Compromise (BEC) scam. Law enforcement officers and agents generally recognize a BEC as the common name used to describe the illegal activity of criminals targeting a business and taking over its identity (thereby compromising the business entity); then convincing an unsuspecting victim to send funds to a specified account which appears to belong to the business but is actually controlled by the criminals.

Specifically the Frost Bank representative advised SA Bollen that their customer, the City of Coppell, TX, reported that they sent wire transfers for a total amount of $801,439.04. The Frost Bank representative provided the following details regarding the fraudulent wire transfers which were all sent in interstate commerce to a Citibank Account number XXXXX7341 (hereinafter **Citibank account 7341**):

| DATE | WIRE TRANSFER | AMOUNT |
|------|---------------|--------|
| 06/10/2019 | ACH Wire Transfer from Frost Bank/City of Coppell, TX | $369,177.56 |
| 06/17/2019 | ACH Wire Transfer from Frost Bank/City of Coppell, TX | $432,261.47 |
| | | **TOTAL**: $801,439.03 |

On June 18, 2019, SA Bollen contacted an investigator with Citibank who confirmed the two ACH wire transfers into the subject account.   The investigator advised that there was approximately $553,000.00 remaining in the account and that the rest of the funds were wired out to domestic (Woodforest National Bank, Fifth Third Bank) and international (Deutsche Bank) financial institutions.   SA Bollen requested that a hold be placed on the account. The investigator provided the information regarding the wire transfers to Woodforest National Bank and Fifth Third Bank.

On June 19, 2019, SA Bollen contacted City of Coppell, TX Director of Finance, Jennifer Miller (hereinafter "Miller").   Miller advised that the City of Coppell, TX, was defrauded out of a total of $801,439.03.   Miller stated that on May 9, 2019 Coppell, TX city employee, Cheryl Hall, received a spoof email which contained an ACH payment change form.   Miller advised that the spoofed email was received from email address accounts@tiseopavingco.com.   Miller also advised that an example of a genuine email from Tiseo looks like mtaylor@tiseopaving.com. The ACH payment change form requested payment for services be sent to **Citibank account 7341**. Miller stated that Tiseo Paving performs street construction for the City of Coppell. Miller stated that in response to the change in payment instructions in the email, the City of Coppell, TX, wired $369,177.56 on June 10, 2019, and wired an additional $432,261.47 on June 17, 2019.   Each wire was to **Citibank account 7341**.

Miller then stated that on June 18, 2019, a representative of Tiseo Paving called inquiring about payment.   Miller advised that it was at that moment they realized they had been defrauded of funds.   She stated that the representative for Tiseo Paving denied sending an ACH change form and that the Citibank account that received the funds has no association to their business (Tiseo).

On June 19, 2019, USSS obtained a state seizure warrant from the Bexar County 144th District Court to seize funds up to $553,112.68 in **Citibank account 7341**. On June 19, 2019, USSS executed the state seizure warrant on **Citibank account 7341** and received $553,112.68 in the form of cashier's check number 115557815, which is the Respondent Property in this civil complaint.   On June 19, 2019, USSS SA Taylor Davis made several attempts to contact **Citibank account 7341** owner Christopher Hutchen by telephone.

On June 26, 2019, the USSS received information from Citibank regarding **Citibank account 7341**.   The information contained the outgoing wires from the account:

4

| | | |
|---|---|---|
| 06-11-2019 | Woodforest National Bank | $36,875.50 |
| 06-11-2019 | Fifth Third Bank | $13,123.00 |
| 06-12-2019 | Deutsche Bank | $49,832.90 |
| 06-14-2019 | Fifth Third Bank | $24,976.00 |
| 06-14-2019 | Woodforest Bank | $23,990.00 |
| 06-17-2019 | Deutsche Bank | $49,563.50 |
| 06-18-2019 | Fifth Third Bank | $33,972.00 |
| 06-18-2019 | Woodforest Bank | $15,027.00 |
| | **TOTAL**: | $247,359.90 |

The following day, June 27, 2019, SSA Jason Bollen attempted to contact **Citibank account 7341** owner Christopher Hutchen ("Hutchen") by telephone and email.   After responding to the email sent the day prior, on June 28, 2019, Hutchen contacted SA Jason Bollen via telephone.   During the conversation with SA Bollen, Hutchen stated that he is staying in various hotels in the Chicago, IL area and does not have a permanent house or phone.   Hutchen denied being involved in fraudulent activity.   Hutchen further stated that someone stole his identity and has "messed up his life ever since he was released from prison in November 2017."   Hutchen denied any knowledge about the $801,439.03 that was deposited via two ACH wire transfers into his account.   Hutchen confirmed that he opened the account in conjunction with a construction business he opened that was supposed to be funded by his aunt.   He denied conducting any of the wire transfers out of his account into a Woodforest National Bank account owned by Deshon Kennedy, or to a Fifth Third Bank account which is owned by Shawn Richardson, or a Deutsche Bank account.   Hutchen denied knowing anyone by the name of Deshon Kennedy or Shawn Richardson.   Hutchen agreed to email this agent a statement of his involvement and agreed to sign a Waiver of Claim surrendering the $801,439.03.   On July 1, 2019, SA Jason Bollen received that Waiver of Claim signed by Christopher Hutchen surrendering $801,439.03.

The USSS has learned through this investigation that all Frost Bank ACH wire transfers are initiated in and out of San Antonio, Texas within the Western District of Texas.    Furthermore, the referenced ACH wire transfers are sent from servers located in Texas to the Federal Reserve Bank with servers located in New Jersey, then to Citibank with servers located in Texas and Ohio.

## CONCLUSION

Based upon the foregoing facts, there is probable cause to believe that the funds contained in **CITI Bank Account 7341,** are proceeds which constitute or were derived from proceeds traceable to violations of Wire Fraud under Title 18 U.S.C. § 1343, and are subject to civil forfeiture pursuant to Title 18 U.S.C. § 981(a)(l)(C).   The deposits into **CITI Bank Account 7341** were sent by wire transfers made in interstate commerce based on false representations as described herein.

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Property, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Property be forfeited to the United States of America, that the Property be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

---

[1] Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Property.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By: _____
    Fidel Esparza III
    Assistant United States Attorney
    Asset Forfeiture Section
    601 NW Loop 410, Suite 600
    San Antonio, TX 78216
    Tel: 210-384-7040
    Fax: 210-384-7045
    Email:   FEsparza@usdoj.gov
    Texas Bar No. 24073776
    Attorneys for the United States of America

7

## **VERIFICATION**

Special Agent Jason Bollen, declares and says that:

1.      I am a Special Agent with the United States Secret Service, assigned to the San Antonio Field Office, and I am the investigator responsible for the accuracy of the information provided in this litigation.

2.      I have read the above Verified Complaint for Forfeiture and know: the contents thereof; the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and the allegations contained in the Verified Complaint for Forfeiture are true based on information and belief.

Pursuant to Title 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _____ day of _____, 2019.

<br>

_____
Jason Bollen, Special Agent
United States Secret Service
San Antonio Field Office

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL NO. SA-19-CV-1033 |
| | ) | |
| $553,112.68 IN UNITED STATES | ) | |
| CURRENCY SEIZED FROM CITIBANK | ) | |
| ACCOUNT 801667341 IN THE NAME | ) | |
| OF CONSTRUCTION LIMITED, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On the _____ day of _____, 2019, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Antonio Franco, Jr., against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, for violation of Title 18 U.S.C. § 1343, Wire Fraud, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), namely:

**$553,112.68 in United States Currency Seized from Citibank Bank Account XXXXX7341 in the Name of Construction Limited**,

hereinafter the "Respondent Property."

2. Pursuant to Supplemental Rule G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim,

**APPENDIX A**

in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**.   An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the Court, 655 E. Cesar E. Chavez Blvd., Room G65, San Antonio, Texas 78206, and copies of each must be served upon Assistant United States Attorney Fidel Esparza III, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered.   *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE MAILED:_____**

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **V.** ) | **CIVIL NO. SA-19-CV-1033** |
| ) | |
| **$553,112.68 IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |
| ) | |
| ) | |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE UNITED STATES SECRET SERVICE, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the _____ day

of _____, 2019, against the following property:

**$553,112.68 in United States Currency Seized from Citibank Bank Account XXXXX7341 in the Name of Construction Limited**,

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to

forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violation

of Title 18 U.S.C. § 1343; and

WHEREAS an Order has been entered by the United States District Court for the Western

District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United

States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive

possession of Respondent Property as soon as practicable by serving a copy of this warrant on the

custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Property in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2019.

JEANNETTE CLACK
United States District Clerk
Western District of Texas

By:_____
Deputy

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL NO. SA-19-CV-1033** |
| | ) | |
| **$553,112.68 IN UNITED STATES** | ) | |
| **CURRENCY SEIZED FROM** | ) | |
| **CITIBANK,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**ORDER FOR WARRANT OF ARREST OF PROPERTY**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the _____ day of

_____, 2019, against the following property:

**$553,112.68 in United States Currency Seized from Citibank Bank Account**
**XXXXX7341 in the Name of Construction Limited**,

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to

forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violation

of Title 18 U.S.C. § 1343; IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Property issue as prayed for, and that

the United States Secret Service or its designated agent for the Western District of Texas, or any

other law enforcement officer, or any other person or organization authorized by law to enforce

the warrant, be commanded to arrest the Respondent Property and to take actual or constructive

possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil

Procedure until further order of the Court, and to use whatever means may be appropriate to protect

and maintain the Respondent Property while in custody, including designating a substitute

custodian or representative for the purposes of maintaining the care and custody of the Respondent

Property and to make a return as provided by law.

      SIGNED this ＿＿＿＿ day of ＿＿＿＿＿＿＿＿＿＿＿＿, 2019.


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

UNITED STATES DISTRICT JUDGE

2

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

$553,112.68 in United States Currency Seized from Citibank Account 801667341 in the Name of Construction Limited

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Bexar**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Fidel Esparza III, U.S. Attorney's Office
601 NW Loop 410, Suite 600, San Antonio, TX 78216
210-384-7040

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine / Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 371 Truth in Lending | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal / ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | Injury / Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - / ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | Medical Malpractice / Product Liability | ☐ 790 Other Labor Litigation | | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ / Sentence | | | |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| | Employment / **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | | | |
| | Other / ☐ 550 Civil Rights | | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 U.S.C. § 981(a)(1)(C)
Brief description of cause:
forfeiture of proceeds from wire fraud

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
553,112.68

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD   FIDEL ESPARZA III

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____